THE STATE OF OHIO, APPELLEE, *v.* LAGUTA, APPELLANT.

[Cite as *State v. Laguta* (1995), 72 Ohio St.3d 245.]

(No. 94-2411—Submitted February 7, 1995—Decided May 24, 1995.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Diane Smilanick,* Assistant Prosecuting Attorney, for appellee.

*George A. Laguta, pro se.*

---

*Per Curiam.*   The judgment of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.